# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BAYER CORPORATION,

        Plaintiff,

     v.

UNITED STATES OF AMERICA,

        Defendant.

NO. _____

## COMPLAINT

Plaintiff Bayer Corporation ("Plaintiff") by and through its attorneys, Polito & Smock, P.C., and Kelley Drye & Warren LLP, for its Complaint against defendant United States of America ("Defendant") alleges as follows:

1.      Plaintiff brings this action under sections 6532 and 7422 of the United States Internal Revenue Code (the "Code") (26 U.S.C. §§ 6532 and 7422), for recovery of: (i) federal communications excise taxes Plaintiff paid to the Defendant with respect to the taxable quarter ended September 30, 2000 through quarter ended March 31, 2005 and (ii) statutory interest on such overpayment of tax.

### THE PARTIES

2.      Plaintiff is a corporation organized under the laws of the State of Indiana with its principal place of business located in Pittsburgh, Pennsylvania. Plaintiff's address is 100 Bayer Road, Pittsburgh, Pennsylvania 15205.

3.    For purposes of reporting to the United States Internal Revenue Service (the "IRS"), Plaintiff's Employer Identification Number is 25-1339219, which is reflected on all returns and claims described below.

4.    The defendant is the United States of America.

5.    The actions complained of herein were taken by representatives of the Commissioner of Internal Revenue.

## JURISDICTION AND VENUE

6.    Jurisdiction is conferred upon this Court by 28 U.S.C. § 1346(a)(1).

7.    Venue is proper within this District pursuant to 28 U.S.C. § 1402(a)(2) because Plaintiff's principal place of business is within this judicial district.

## RELIEF SOUGHT

8.    Plaintiff seeks to recover an overpayment by Plaintiff of federal communication excise taxes, together with interest as provided by law.

9.    Plaintiff paid the communication excise taxes at issue during the quarter ended September 30, 2000 through the quarter ended March 31, 2005.

10.    During the quarters listed above, Plaintiff purchased intrastate, interstate, and international long distance telephone service and other communications services from various communications service providers ("Plaintiff's Services").

11.    The communications service providers apparently classified the services sold to Plaintiff as taxable toll telephone service under sections 4251 and 4252(b) of the Code. Consequently, they collected federal communication excise taxes from Plaintiff, reported the taxes on IRS Forms 720 and remitted the taxes to the IRS.

12.    On October 23, 2003, Plaintiff timely filed a claim for refund for the quarters ended September 30, 2000 through September 30, 2003 with the Internal Revenue

Service Center in Cincinnati, Ohio. On June 17, 2004, Plaintiff timely filed claims for refund for the quarters ended December 31, 2003 through June 30, 2004 with the Internal Revenue Service Center in Cincinnati, Ohio. On July 18, 2005, Plaintiff timely filed claims for refund for the quarters ended September 30, 2004 through March 31, 2005 with the Internal Revenue Service Center in Cincinnati, Ohio. True and correct copies of these claims for refund are attached hereto as Exhibit A. Plaintiff has reviewed its invoices and determined that it is entitled to a refund with respect to the services provided by its communications service providers.

13.     The IRS has not allowed Plaintiff's claims for refund of federal communication excise taxes. More than six months have passed since the filing of the refund claims.

14.     Section 4251(a) of the Code imposes tax on amounts paid for "communications services." The tax is imposed on the "person paying for such services." Code § 4251(a)(2).

15.     Only those communications services described in section 4252(a), (b) and (c) of the Code are potentially subject to the federal communications excise tax imposed by section 4251 of the Code. Code § 4251(a) and (b).

16.     None of Plaintiff's Services meets the definition of "local telephone service" or "teletypewriter exchange service." Code § 4252(a) and (c).

17.     A service may be a "toll telephone service" for purposes of the federal communications excise tax only if it is described in either section 4252(b)(1) or section 4252(b)(2) of the Code.

18.     Section 4252(b)(1) of the Code provides that the term "toll telephone service" means a "telephonic quality communication for which (A) there is a toll charge which

-3-

varies in amount with the distance and elapsed transmission time of each individual communication and (B) the charge is paid within the United States."

19.    The charges for Plaintiff's Services did not vary in amount with the distance of each individual communication.

20.    Accordingly, none of Plaintiff's Services is described in section 4252(b)(1) of the Code.

21.    Section 4252(b)(2) of the Code provides that the term "toll telephone service" includes "a service which entitles the subscriber, upon payment of a periodic charge (determined as a flat amount or upon the basis of total elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all or a substantial portion of the persons having telephone or radio telephone stations in a specified area which is outside the local telephone system area in which the station provided with this service is located."

22.    Plaintiff's Services did not entitle Plaintiff to an unlimited number of calls to a specified area outside a local telephone system area for a charge based on a flat fee or elapsed transmission time.

23.    Accordingly, none of Plaintiff's Services is described in section 4252(b)(2) of the Code.

24.    By reason of the foregoing, Plaintiff has overpaid its federal communications excise tax for the taxable quarter ended September 30, 2000 through the quarter ended March 31, 2005. Defendant has refused to refund any part of the overpayment.

25.    Plaintiff is the sole owner of this claim and has made no assignment or transfer of any part of this claim or any part thereof.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment in its favor and against the United States in an amount to be determined at trial, representing overpayment of tax, or such other amount as may be legally refundable, plus interest as provided by law, and for such other and further relief as the Court deems equitable and proper.

Dated: April 17, 2006

Respectfully submitted,

POLITO & SMOCK, P.C.

By: /s/ John H. Riordan, Jr.
    John H. Riordan, Jr.
    Pa. ID #19922
    Four Gateway Center, Suite 400
    444 Liberty Avenue
    Pittsburgh, Pennsylvania 15222-1237
    (412) 394-3333

Of Counsel:

    KELLEY DRYE & WARREN, LLP
    200 Kimball Drive
    Parsippany, New Jersey 07054
    (973) 503-5943

**EXHIBIT A**

# KELLEY DRYE & WARREN LLP
### A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**   **NEW YORK, NY 10178**

TELEPHONE (212) 808-7800
FAX (212) 808-7897

1200 ....H STREET, N.W.
SUITE 500
WASHINGTON, DC 20036
(202) 955-9600
FAX (202) 955-9792

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606
(312) 857-7070
FAX (312) 857-7095

200 KIMBALL DRIVE
PARSIPPANY, NJ 07054
(973) 503-5900
FAX (973) 503-5950

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CT 06901
(203) 324-1400
FAX (203) 327-2669

TYSONS CORNER
8000 TOWERS CRESCENT DRIVE
SUITE 1200
VIENNA, VA 22182
(703) 918-2300
FAX (703) 918-2450

106 AVENUE LOUISE
1050 BRUSSELS, BELGIUM
(32)(2) 646-1110
FAX (32)(2) 640-0588

**AFFILIATE OFFICES**

DEJ-UDOM & ASSOCIATES
CHARN ISSARA TOWER – 9TH FLOOR
942/142-3 RAMA IV ROAD
BANGKOK 10500 THAILAND
(66)(2) 233-0055
FAX (66)(2) 236-6681

SOEBAGJO, JATIM & DIAROT
PLAZA MASHILL, 17TH FLOOR
JALAN JEND, SUDIRMAN KAV. 25
JAKARTA 12920 INDONESIA
(62)(21) 522-9765
FAX (62)(21) 522-9752

WAKHARIYA & WAKHARIYA
41 BAJAJ BHWAN
226 NARIMAN POINT
MUMBAI 400 0021 INDIA
(91)(22) 281-0336
FAX (91)(22) 281-0337

YUMOTO & OTA
KIOI ROYAL HEIGHTS
3-29, KIOI-CHO
CHIYODA-KU
TOKYO 102 JAPAN
(81)(3) 3234-2441
FAX (81)(3) 3262-2729

October 23, 2003

## VIA CERTIFIED MAIL
## RETURN RECEIPT REQUESTED

Internal Revenue Service Center
Cincinnati, OH 45999-0002

Re:    Bayer Corporation (EIN 25-1339219)

Dear Sir or Madam:

Enclosed please find refund claims with respect to the federal communications excise tax for the periods July 1, 2000 through September 30, 2003. Also enclosed is a power of attorney.

Please acknowledge receipt of the enclosed by signing and dating the extra copy of this letter and returning it to me in the postage-paid envelope provided for this purpose.

Very truly yours,

Jacob J. Miles

JJM:sh
Enclosures

| Form **2848** | **Power of Attorney** | OMB No. 1545-0150 |
|---|---|---|
| (Rev. December 1997) | **and Declaration of Representative** | For IRS Use Only |
| Department of the Treasury<br>Internal Revenue Service | ▶ See the separate instructions. | Received by:<br>Name _____<br>Telephone _____<br>Function _____<br>Date    /    / |

**Part I**   Power of Attorney (Please type or print.)

**1    Taxpayer information** (Taxpayer(s) must sign and date this form on page 2, line 9.)

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| Bayer Corporation<br>100 Bayer Road<br>Pittsburgh, PA   15205-9741 | | 25 ┊ 1339219 |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** (Representative(s) must sign and date this form on page 2, Part II.)

| Name and address | |
|---|---|
| Mr. Jacob J. Miles<br>Kelley Drye & Warren<br>101 Park Avenue<br>New York, NY 10178-0002 | CAF No. 2005-78683R..................<br>Telephone No. (212) 808-7574 .....<br>Fax No. ..(212)..808-7897 ....<br>Check if new: Address ☐    Telephone No. ☐ |
| Name and address | CAF No. ..................................<br>Telephone No. ...........................<br>Fax No. ..................................<br>Check if new: Address ☐    Telephone No. ☐ |
| Name and address | CAF No. ..................................<br>Telephone No. ...........................<br>Fax No. ..................................<br>Check if new: Address ☐    Telephone No. ☐ |

) represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3    Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| Excise Tax | Form 720 and Form 8849 | 07/2000-09/2003 |
| | | |
| | | |

**4    Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. (See instruction for Line 4—Specific uses not recorded on CAF.) . . . . . . . . . ▶ ☐

**5    Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative unless specifically added below, or the power to sign certain returns (see instruction for Line 5—Acts authorized).

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: ..Pertaining......
.........to..Excise..Taxes..collected..on..taxpayer's..telecommunications.................
.........services..................................................................................

**Note:** In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.

**Note:** The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the instructions for more information.

**6    Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH,** refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶   Mr. Jacob J. Miles

For Paperwork Reduction and Privacy Act Notice, see the separate instructions.     Cat. No. 11980J     Form **2848** (Rev. 12-97)

Form 2848 (Rev. 12-97)  Page 2

**7** **Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

   **a** If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

   **b** If you also want the second representative listed to receive a copy of such notices and communications, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

   **c** If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . ▶ ☐

**8** **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . ▶ ☐
   **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9** **Signature of taxpayer(s).** If a tax matter concerns a joint return, both husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

   ▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| _PFWright_ | 10-15-03 | UP TAX |
|---|---|---|
| Signature | Date | Title (if applicable) |

| | | |
|---|---|---|
| Print Name | | |

| | | |
|---|---|---|
| Signature | Date | Title (if applicable) |

| | |
|---|---|
| Print Name | |

## Part II   Declaration of Representative

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

   **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

   **b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

   **c** Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

   **d** Officer—a bona fide officer of the taxpayer's organization.

   **e** Full-Time Employee—a full-time employee of the taxpayer.

   **f** Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

   **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).

   **h** Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(c)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation—Insert above letter (a–h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | NY | _signature_ | 10 \| 23 \| 03 |
| | | | |

## Form **8821**
(Rev. January 2000)

Department of the Treasury
Internal Revenue Service

## Tax Information Authorization

OMB No. 1545-1165
**For IRS Use Only**
Received by:
Name _____
Telephone ( )
Function _____
Date __/__/__

▶ IF THIS AUTHORIZATION IS NOT SIGNED AND DATED, IT WILL BE RETURNED.

**Taxpayer information.**

| Taxpayer name(s) and address (please type or print) | Social security number(s) | Employer identification number |
|---|---|---|
| Bayer Corporation<br>100 Bayer Road<br>Pittsburgh, PA  15205-9741 | | 25 : 1339219 |
| | Daytime telephone number<br>( ) | Plan number (if applicable) |

**2 Appointee.**

| Name and address (please type or print) | |
|---|---|
| Ginnie Mauro<br>TSL a division of PRG-Schultz<br>600 Galleria Pkwy  MS 5E.16<br>Atlanta, GA  30339 | CAF No. 0100-61933R<br>Telephone No. (770)779-6361<br>Fax No. (770)779-3365<br>Check if new:  Address ☐<br>Telephone No. ☐ |

**3 Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line.

| (a)<br>Type of Tax<br>(Income, Employment, Excise, etc.) | (b)<br>Tax Form Number<br>(1040, 941, 720, etc.) | (c)<br>Year(s) or Period(s) | (d)<br>Specific Tax Matters (see instr.) |
|---|---|---|---|
| Excise Tax | 720 & 8849 | 07/2000-09/2003 | Excise Taxes on Telecommunications Services |
| | | | |
| | | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. (See the instructions on page 2.) . . . . . . . . . . . . . . . . . ▶ ☐
If you checked this box, skip lines 5 and 6.

**5 Disclosure of tax information** (you must check the box on line 5a or b unless the box on line 4 is checked):

  **a** If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

  **b** If you do not want any copies of notices or communications sent to your appointee, check this box . . . . . . ▶ ☐

**6 Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed above on line 3 unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you MUST attach a copy of any authorizations you want to remain in effect AND check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
To revoke this tax information authorization, see the instructions on page 2.

**7 Signature of taxpayer(s).** If a tax matter applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods covered.

| | | | |
|---|---|---|---|
| ~~*(signature)*~~ | 10-15-03 | | |
| Signature | Date | Signature | Date |
| PF WRIGHT | VP TAX | | |
| Print Name | Title (if applicable) | Print Name | Title (if applicable) |

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of form.** Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information in any office of the IRS for the type of tax and the years or periods you list on this form. You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on the form.

Form 8821 does not authorize your appointee to advocate your position with respect to the Federal tax laws; to execute waivers, consents, or closing agreements; or to otherwise represent you before the IRS. If you want to authorize an individual to represent you, use Form 2848, Power of Attorney and Declaration of Representative.

Use Form 56, Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer. Therefore, a fiduciary does not act as an appointee and should not file Form 8821. If a fiduciary wishes to authorize an appointee to inspect and/or receive confidential tax information on behalf of the fiduciary, Form 8821 must be filed and signed by the fiduciary acting in the position of the taxpayer.

**Taxpayer identification numbers (TINs).** TINs are used to identify taxpayer information with corresponding tax returns. It is important that you furnish correct names, social security numbers (SSNs), individual taxpayer identification numbers (ITINs), or employer identification numbers (EINs) so that the IRS can respond to your request.

For Privacy Act and Paperwork Reduction Act Notice, see page 2.       Cat. No. 11596P       Form **8821** (Rev. 1-2000)

| Form **8849** (Rev. January 2002) | Department of the Treasury—Internal Revenue Service **Claim for Refund of Excise Taxes** | OMB No. 1545-1420 |
|---|---|---|

Please print in ALL CAPITAL LETTERS. Leave a blank box between words.

Name of claimant

| B | A | Y | E | R | | C | O | R | P | O | R | A | T | I | O | N | | | | | |

Employer identification number (EIN)

| 2 | 5 | 1 | 3 | 3 | 9 | 2 | 1 | 9 |

Address (number, street, room or suite no.)

| 1 | 0 | 0 | | B | A | Y | E | R | | R | O | A | D | | | | | | | | |

Social security number (SSN)

| | | | | | | | | |

City and state or province. If you have a foreign address, see page 2.

| P | I | T | T | S | B | U | R | G | H | | P | A | | | | | | | | | |

ZIP code

| 1 | 5 | 2 | 0 | 5 | 9 | 7 | 4 | 1 |

Month claimant's income tax year ends

| | |

Foreign country, if applicable. Do not abbreviate.

| | | | | | | | | | | | | | | | | | | | | |

Daytime telephone number (optional)

| | | | | | |

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters that were or will be made on Form 720X, Amended Quarterly Federal Excise Tax Return, or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, or Form 4136, Credit for Federal Tax Paid on Fuels.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Claims on Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be combined with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene . . . . . . . | ☐ |
| **Schedule 3** | Gasohol Blending . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 5** | Section 4081(e) Claims . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 6** | Other Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ |

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

**Sign Here**

Signature and title (if applicable)        *UP TAX*        Date   10-15-03

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.        Cat. No. 20027J        Form **8849** (Rev. 1-2002)

| Schedule 6 (Form 8849) (Rev. January 2002) | Department of the Treasury—Internal Revenue Service<br>**Other Claims**<br>▶ Attach to Form 8849. ▶ See Instructions on page 2. | | OMB No. 1545-1420 |
|---|---|---|---|
| Name as shown on Form 8849 | | EIN or SSN | Total refund (total of lines 1–9) |
| Bayer Corporation | | 25-1339219 | $ 135,000.00 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 07/01/2000    Latest date ▶ 09/30/2002

Claimant's registration number for Section 4091(d) claims. ▶ _____

| Claim | Amount of refund | | CRN |
|---|---|---|---|
| 1 July 1, 2000 through September 30, 2000 | $ 15,000 | 00 | |
| 2 October 1, 2000 through December 31, 2000 | 15,000 | 00 | |
| 3 January 1, 2001 through March 31, 2001 | 15,000 | 00 | |
| 4 April 1, 2001 through June 30, 2001 | 15,000 | 00 | |
| 5 July 1, 2001 through September 30, 2001 | 15,000 | 00 | |
| 6 October 1, 2001 through December 31, 2001 | 15,000 | 00 | |
| 7 January 1, 2002 through March 31, 2002 | 15,000 | 00 | |
| 8 April 1, 2002 through June 30, 2002 | 15,000 | 00 | |
| 9 July 1, 2002 through September 30, 2002 | 15,000 | 00 | |

Use the space below for an explanation of each claim listed.

SEE/ ATTACHED

## Form 8849 Attachment

Name of Claimant:  Bayer Corporation
Employer Identification Number:    25-1339219
Type of Return Filed:      720 (No. 22)
Excise Tax:      Communications Excise Tax
Period of Claim:    July 01, 2000 through September 30, 2002
Amount to be Refunded:  $ 135,000.00 plus interest (See last paragraph of this Attachment.)

This claim is for taxes collected from Claimant, whether directly or through its long distance provider, in connection with excise taxes on communications services (the "Communications Services Excise Tax") pursuant to Section 4251 of the Internal Revenue Code of 1986, as amended (the "Code"). Claim is also made for interest on the overpaid taxes.

Claimant's long distance provider has collected such taxes from Claimant on its virtual private network ("VPN") services. Code Section 4251 does not impose the Communications Services Excise Tax with respect to "private communication services", within the meaning of Code Section 4252(d). VPN services qualify as "private communication services", and, as a result, these are exempt from the Communications Services Excise Tax.

Assuming arguendo that the VPN services do not qualify in their entirety as tax exempt "private communication services", then, (1) to the extent the VPN services are attributable to intra-corporate communication services (i.e., calls between offices of Claimant's affiliated group), such services qualify as "private communication services" and are thus exempt from the Communications Services Excise Tax; and (2) charges for facsimile transmission service are not subject to the Communications Service Excise Tax because this is not a "local telephone service", a toll telephone service" (in as much as it does not provide a telephonic quality communication) or a "teletypewriter exchange service".

In any event, long distance telephone service provided to Claimant does not constitute "toll telephone service", within the meaning of Code Section 4252(b), and is therefore exempt from the communications excise tax, to the extent (1) the charge does not vary in amount with the distance of each individual communication and (2) the service does not entitle Claimant, upon payment of a periodic charge (determined as a flat amount on the basis of toll elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all persons in a specified area.

This claim for refund is inconsistent with Technical Advice Memoranda 9543002 (October 27, 1995) and 9524004 (March 9, 1995), but Claimant believes that the IRS's position in these Technical Advice Memoranda is incorrect.

The Communication Service Excise Tax is a collected tax. This claim is filed pursuant to Rev. Rul. 60-58, 1960-1 CB 638.

Due to the volume and nature of this claim, the relevant invoices and back-up documentation have not been included with the claim. They are available for review through Claimant's long distance provider, however, upon request. Please note that the exact amount of the taxes has not yet been determined. Therefore, the amount of the claim is only an approximation. Claimant reserves the right to amend the amount of the claim.

| Form **8849** (Rev. January 2002) | Department of the Treasury—Internal Revenue Service<br>**Claim for Refund of Excise Taxes** | OMB No. 1545-1420 |

Please print in ALL CAPITAL LETTERS. Leave a blank box between words.

**Name of claimant**

B A Y E R  C O R P O R A T I O N

**Employer identification number (EIN)**

2 5 1 3 3 9 2 1 9

**Address (number, street, room or suite no.)**

1 0 0  B A Y E R  R O A D

**Social security number (SSN)**

**City and state or province. If you have a foreign address, see page 2.**

P I T T S B U R G H  P A

**ZIP code**

1 5 2 0 5 9 7 4 1

**Month claimant's income tax year ends**

**Foreign country, if applicable. Do not abbreviate.**

**Daytime telephone number (optional)**

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters that were or will be made on Form 720X, Amended Quarterly Federal Excise Tax Return, or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, or Form 4136, Credit for Federal Tax Paid on Fuels.*

## Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Claims on Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be combined with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene . . . . . . . | ☐ |
| **Schedule 3** | Gasohol Blending . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 5** | Section 4081(e) Claims . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 6** | Other Claims . . . . . . . . . . . . . . . . . . . . . . . . . . | ☒ |

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

**Sign Here**

PF Wagt       V P TAX       10-15-03

Signature and title (if applicable)      Date

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.     Cat. No. 20027J     Form **8849** (Rev. 1-2002)

| Schedule 6 (Form 8849) (Rev. January 2002) | Department of the Treasury—Internal Revenue Service **Other Claims** ▶ Attach to Form 8849. ▶ See instructions on page 2. | | OMB No. 1545-1420 |
|---|---|---|---|

| Name as shown on Form 8849 | EIN or SSN | Total refund (total of lines 1—9) |
|---|---|---|
| Bayer Corporation | 25-1339219 | $ 60,000.00 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ 10/01/2002     Latest date ▶ 09/30/2003

Claimant's registration number for Section 4091(d) claims. ▶ _____

| Claim | Amount of refund | | CRN |
|---|---|---|---|
| 1 October 1, 2002 through December 31, 2002 | $  15,000 | 00 | |
| 2 January 1, 2003 through March 31, 2003 | 15,000 | 00 | |
| 3 April 1, 2003 through June 30, 2003 | 15,000 | 00 | |
| 4 July 1, 2003 through September 30, 2003 | 15,000 | 00 | |
| 5 | | | |
| 6 | | | |
| ) | | | |
| 8 | | | |
| 9 | | | |

Use the space below for an explanation of each claim listed.

See Attached

## Form 8849 Attachment

Name of Claimant:   Bayer Corporation
Employer Identification Number:   25-1339219
Type of Return Filed:       720 (No. 22)
Excise Tax:       Communications Excise Tax
Period of Claim:       October 01, 2002 through September 30, 2003
Amount to be Refunded:  $  60,000.00 plus interest (See last paragraph of this Attachment.)

This claim is for taxes collected from Claimant, whether directly or through its long distance provider, in connection with excise taxes on communications services (the "Communications Services Excise Tax") pursuant to Section 4251 of the Internal Revenue Code of 1986, as amended (the "Code"). Claim is also made for interest on the overpaid taxes.

Claimant's long distance provider has collected such taxes from Claimant on its virtual private network ("VPN") services. Code Section 4251 does not impose the Communications Services Excise Tax with respect to "private communication services", within the meaning of Code Section 4252(d). VPN services qualify as "private communication services", and, as a result, these are exempt from the Communications Services Excise Tax.

Assuming arguendo that the VPN services do not qualify in their entirety as tax exempt "private communication services", then, (1) to the extent the VPN services are attributable to intra-corporate communication services (i.e., calls between offices of Claimant's affiliated group), such services qualify as "private communication services" and are thus exempt from the Communications Services Excise Tax; and (2) charges for facsimile transmission service are not subject to the Communications Service Excise Tax because this is not a "local telephone service", a toll telephone service" (in as much as it does not provide a telephonic quality communication) or a "teletypewriter exchange service".

In any event, long distance telephone service provided to Claimant does not constitute "toll telephone service", within the meaning of Code Section 4252(b), and is therefore exempt from the communications excise tax, to the extent (1) the charge does not vary in amount with the distance of each individual communication and (2) the service does not entitle Claimant, upon payment of a periodic charge (determined as a flat amount on the basis of toll elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all persons in a specified area.

This claim for refund is inconsistent with Technical Advice Memoranda 9543002 (October 27, 1995) and 9524004 (March 9, 1995), but Claimant believes that the IRS's position in these Technical Advice Memoranda is incorrect.

The Communication Service Excise Tax is a collected tax. This claim is filed pursuant to Rev. Rul. 60-58, 1960-1 CB 638.

Due to the volume and nature of this claim, the relevant invoices and back-up documentation have not been included with the claim. They are available for review through Claimant's long distance provider, however, upon request. Please note that the exact amount of the taxes has not yet been determined. Therefore, the amount of the claim is only an approximation. Claimant reserves the right to amend the amount of the claim.

SENDER:

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Center
Cincinnati, OH 45999-0002

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INTERNAL... RECEIVED

OCT 2 8 2003

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7002 2030 0003 7577 1279

PS Form 3811, August 2001        Domestic Return Receipt        2ACPRI-03-Z-0995

---

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.88 |

7002 2030 0003 7577 1279

Sent To
Internal Revenue Service Center
Street, Apt. No.; or PO Box No.
City, State, ZIP+4
Cincinnati, OH 45999-0002

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**       **NEW YORK, NY 10178**

TELEPHONE (212) 808-7800
FAX (212) 808-7897

1200 19TH STREET, N.W.
SUITE 500
WASHINGTON, DC 20036
(202) 955-9600
FAX (202) 955-9792

200 KIMBALL DRIVE
PARSIPPANY, NJ 07054
(973) 503-5900
FAX (973) 503-5950

TYSONS CORNER
8000 TOWERS CRESCENT DRIVE
SUITE 1200
VIENNA, VA 22182
(703) 918-2300
FAX (703) 918-2450

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606
(312) 857-7070
FAX (312) 857-7095

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CT 06901
(203) 324-1400
FAX (203) 327-2669

106 AVENUE LOUISE
1050 BRUSSELS, BELGIUM
(32)(2) 646-1110
FAX (32)(2) 640-0589

**AFFILIATE OFFICES**

DEJ-UDOM & ASSOCIATES
CHARN ISSARA TOWER – 9TH FLOOR
942/142-3 RAMA IV ROAD
BANGKOK 10300 THAILAND
(66)(2) 233-0055
FAX (66)(2) 236-6681

SOEBAGJO, JATIM & DJAROT
PLAZA MASHILL, 17TH FLOOR
JALAN JEND, SUDIRMAN KAV. 25
JAKARTA 12920 INDONESIA
(62)(21) 522-9765
FAX (62)(21) 522-9752

WAKHARIYA & WAKHARIYA
41 BAJAJ BHWAN
226 NARIMAN POINT
MUMBAI 400 0021 INDIA
(91)(22) 22810336
FAX (91)(22) 22810337

YUMOTO & OTA
KIOI ROYAL HEIGHTS
3-29, KIOI-CHO
CHIYODA-KU
TOKYO 102 JAPAN
(81)(3) 3234-2441
FAX (81)(3) 3262-2729

June 17, 2004

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Cincinnati, OH 45999-0002

     Re:    <u>Bayer Corporation (EIN: 25-1339219)</u>

Dear Sir or Madam:

     Enclosed please find a refund claim with respect to the federal communications excise tax for the periods October 1, 2003 through June 30, 2004. Also enclosed is a power of attorney.

     Please acknowledge receipt of the enclosed by signing and dating the extra copy of this letter and returning it to me in the postage-paid envelope provided for this purpose.

Very truly yours,

Jacob J. Miles

JJM:sf
Enclosure

**INTERNAL REVENUE SERVICE
RECEIVED**

**JUN 24 2004**

**SERVICE CENTER DIRECTOR
COVINGTON, KY
MAIL UNIT**

NY01/MILEJ/932968.1

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**   **NEW YORK, NY 10178**

TELEPHONE (212) 808-7800
FAX (212) 808-7897

1300 19TH STREET, N.W.
SUITE 500
WASHINGTON, DC 20036
(202) 955-9600
FAX (202) 955-9792

200 KIMBALL DRIVE
PARSIPPANY, NJ 07054
(973) 503-5900
FAX (973) 503-5950

TYSONS CORNER
8000 TOWERS CRESCENT DRIVE
SUITE 1200
VIENNA, VA 22182
(703) 918-2500
FAX (703) 918-2450

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606
(312) 857-7070
FAX (312) 857-7095

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CT 06901
(203) 324-1400
FAX (203) 327-2669

106 AVENUE LOUISE
1050 BRUSSELS, BELGIUM
(32)(2) 646-1110
FAX (32)(2) 640-0589

AFFILIATE OFFICES

DEJ-UDOM & ASSOCIATES
CHARN ISSARA TOWER – 9TH FLOOR
942/142-3 RAMA IV ROAD
BANGKOK 10500 THAILAND
(66)(2) 233-0055
FAX (66)(2) 236-6681

SOEBAGJO, JATIM & DJAROT
PLAZA MASHILL, 17TH FLOOR
JALAN JEND, SUDIRMAN KAV. 25
JAKARTA 12920 INDONESIA
(62)(21) 522-9765
FAX (62)(21) 522-9752

WAKHARIYA & WAKHARIYA
41 BAJAJ BHWAN
226 NARIMAN POINT
MUMBAI 400 0021 INDIA
(91)(22) 22810336
FAX (91)(22) 22810337

YUMOTO & OTA
KIOI ROYAL HEIGHTS
3-29, KIOI-CHO
CHIYODA-KU
TOKYO 102 JAPAN
(81)(3) 3234-2441
FAX (81)(3) 3262-2729

June 17, 2004

**VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Cincinnati, OH 45999-0002

Re:     <u>Bayer Corporation (EIN: 25-1339219)</u>

Dear Sir or Madam:

Enclosed please find a refund claim with respect to the federal communications excise tax for the periods October 1, 2003 through June 30, 2004. Also enclosed is a power of attorney.

Please acknowledge receipt of the enclosed by signing and dating the extra copy of this letter and returning it to me in the postage-paid envelope provided for this purpose.

Very truly yours,

Jacob J. Miles

JJM:sf
Enclosure

NY01/MILEJ/932968.1

| Form **2848** (Rev. January 2002) Department of the Treasury Internal Revenue Service | **Power of Attorney and Declaration of Representative** ► See the separate instructions. | OMB No. 1545-0150 |
|---|---|---|

For IRS Use Only
Received by:
Name
Telephone
Function
Date  /  /

**Part I** | **Power of Attorney** (Type or print.)

**1   Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Bayer Corporation**<br>**100 Bayer Road**<br>**Pittsburgh, PA 15205-9741** | | **25 : 1339219** |
| | Daytime telephone number<br>(   ) | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Mr. Jacob J. Miles     Kelley Drye & Warren**<br>**101 Park Avenue**<br>**New York, NY 10178-0002** | CAF No. .......... **2005-78683R**<br>Telephone No. ...... **(212) 808-7574**<br>Fax No. .......... **(212) 808-7897**<br>Check if new: Address ☐     Telephone No. ☐ |
| Name and address | CAF No. ...........................<br>Telephone No. ...........................<br>Fax No. ...........................<br>Check if new: Address ☐     Telephone No. ☐ |
| Name and address | CAF No. ...........................<br>Telephone No. ...........................<br>Fax No. ...........................<br>Check if new: Address ☐     Telephone No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3   Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (See the instructions for line 3.) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) |
|---|---|---|
| **Excise Tax** | **Form 720 and Form 8849** | **10/01/03 - 06/30/04** |
| | | |
| | | |

**4   Specific use not recorded on Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See the instructions for Line 4. Specific uses not recorded on CAF. . . . . . . . . . . ► ☐

**5   Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the authority to execute a request for a tax return, or a consent to disclose tax information unless specifically added below, or the power to sign certain returns. See the instructions for Line 5. Acts authorized.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: **Pertaining to Excise Taxes collected on taxpayer's telecommunications services.** .......................................................
...............................................................................................................................

**Note:** In general, an unenrolled preparer of tax returns cannot sign any document for a taxpayer. See Revenue Procedure 81-38, printed as Pub. 470, for more information.

**Note:** The tax matters partner of a partnership is not permitted to authorize representatives to perform certain acts. See the separate instructions for more information.

**6   Receipt of refund checks.** If you want to authorize a representative named on line 2 to receive, **BUT NOT TO ENDORSE OR CASH**, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ►

For Paperwork Reduction and Privacy Act Notice, see the separate instructions.     Cat. No. 11980J     Form **2848** (Rev. 1-2002)

Form 2848 (Rev. 1-2002)                      Page **2**

**7   Notices and communications.** Original notices and other written communications will be sent to you and a copy to the first representative listed on line 2 unless you check one or more of the boxes below.

**a**   If you want the first representative listed on line 2 to receive the original, and yourself a copy, of such notices or communications, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**b**   If you also want the second representative listed to receive a copy of such notices and communications, check this box . ▶ ☐

**c**   If you do not want any notices or communications sent to your representative(s), check this box . . . . . . . . ▶ ☐

**8   Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by this document. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9   Signature of taxpayer(s).** If a tax matter concerns a joint return, **both** husband and wife must sign if joint representation is requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer.

▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| | | |
|---|---|---|
| *PF Wright* (signature) | 6-14-04 | UP TAX |
| Signature | Date | Title (if applicable) |
| P.F. Wright | | |
| Print Name | | |

| | | |
|---|---|---|
| | | |
| Signature | Date | Title (if applicable) |
| | | |
| Print Name | | |

**Part II   Declaration of Representative**

*Caution: Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic Program, see the separate instructions for Part II.*

Under penalties of perjury, I declare that:

- I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
- I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
- I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
- I am one of the following:

    **a**   Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

    **b**   Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.

    **c**   Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.

    **d**   Officer—a bona fide officer of the taxpayer's organization.

    **e**   Full-Time Employee—a full-time employee of the taxpayer.

    **f**   Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).

    **g**   Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the Service is limited by section 10.3(d)(1) of Treasury Department Circular No. 230).

    **h**   Unenrolled Return Preparer—an unenrolled return preparer under section 10.7(c)(1)(viii) of Treasury Department Circular No. 230.

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL BE RETURNED.**

| Designation—Insert above letter (a–h) | Jurisdiction (state) or Enrollment Card No. | Signature | Date |
|---|---|---|---|
| a | NY | *(signature)* | 6/17/04 |
| | | | |
| | | | |

| Form **8821** | | **Tax Information Authorization** | | OMB No. 1545-1165 |
|---|---|---|---|---|

**Form 8821**
(Rev. January 2000)
Department of the Treasury
Internal Revenue Service

**Tax Information Authorization**

▶ **IF THIS AUTHORIZATION IS NOT SIGNED AND DATED, IT WILL BE RETURNED.**

OMB No. 1545-1165
**For IRS Use Only**
Received by:
Name
Telephone ( )
Function
Date / /

**1 Taxpayer information.**

Taxpayer name(s) and address (please type or print)

**Bayer Corporation**
**100 Bayer Road**
**Pittsburgh, PA 15205-9741**

Social security number(s)

Daytime telephone number
( )

Employer identification number
**25 : 1339219**

Plan number (if applicable)

**2 Appointee.**

Name and address (please type or print)

**Ginnie Mauro**
**MSS®Group**
**12 Perimeter Center East   Suite 1210**
**Atlanta, GA 30346**

CAF No. **0100-61933R**
Telephone No. ( **770** ) **512-8280**
Fax No. ( **770** ) **512-8100**
Check if new:   Address ☐
                  Telephone No. ☐

**3 Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line.

| (a)<br>Type of Tax<br>(Income, Employment, Excise, etc.) | (b)<br>Tax Form Number<br>(1040, 941, 720, etc.) | (c)<br>Year(s) or Period(s) | (d)<br>Specific Tax Matters (see instr.) |
|---|---|---|---|
| **Excise Tax** | **720 & 8849** | **10/01/03-06/30/04** | **Excise Taxes on Telecommunications Services** |
| | | | |
| | | | |

**4 Specific use not recorded on Centralized Authorization File (CAF).** If the tax information authorization is for a specific use not recorded on CAF, check this box. (See the instructions on page 2.)  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . ▶ ☐
If you checked this box, skip lines 5 and 6.

**5 Disclosure of tax information** (you must check the box on line 5a or 5b unless the box on line 4 is checked):

**a** If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . ▶ ☑
**b** If you do not want any copies of notices or communications sent to your appointee, check this box  .  .  .  .  .  .  .  . ▶ ☐

**6 Retention/revocation of tax information authorizations.** This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed above on line 3 unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you MUST attach a copy of any authorizations you want to remain in effect AND check this box  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . ▶ ☐
To revoke this tax information authorization, see the instructions on page 2.

**7 Signature of taxpayer(s).** If a tax matter applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods covered.

Signature _PFWright_    Date **16-14-04**          Signature _____    Date _____

Print Name **PFWRIGHT**   Title (if applicable) **VP TAX**       Print Name _____   Title (if applicable) _____

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of form.** Form 8821 authorizes any individual, corporation, firm, organization, or partnership you designate to inspect and/or receive your confidential information in any office of the IRS for the type of tax and the years or periods you list on this form. You may file your own tax information authorization without using Form 8821, but it must include all the information that is requested on the form.

Form 8821 does not authorize your appointee to advocate your position with respect to the Federal tax laws; to execute waivers, consents, or closing agreements; or to otherwise represent you before the IRS. If you want to authorize an individual to represent you, use Form 2848, Power of Attorney and Declaration of Representative.

Use Form 56, Notice Concerning Fiduciary Relationship, to notify the IRS of the existence of a fiduciary relationship. A fiduciary (trustee, executor, administrator, receiver, or guardian) stands in the position of a taxpayer and acts as the taxpayer. Therefore, a fiduciary does not act as an appointee and should not file Form 8821. If a fiduciary wishes to authorize an appointee to inspect and/or receive confidential tax information on behalf of the fiduciary, Form 8821 must be filed and signed by the fiduciary acting in the position of the taxpayer.

**Taxpayer identification numbers (TINs).** TINs are used to identify taxpayer information with corresponding tax returns. It is important that you furnish correct names, social security numbers (SSNs), individual taxpayer identification numbers (ITINs), or employer identification numbers (EINs) so that the IRS can respond to your request.

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**          Cat. No. 11596P          Form **8821** (Rev. 1-2000)

| Form **8849**<br>(Rev. January 2003) | Department of the Treasury—Internal Revenue Service<br>**Claim for Refund of Excise Taxes** | OMB No. 1545-1420 |
|---|---|---|

Print clearly. Leave a blank box between words.

**Name of claimant**

| B | A | Y | E | R | | C | O | R | P | O | R | A | T | I | O | N | | | | | | |

**Employer identification number (EIN)**

| 2 | 5 | 1 | 3 | 3 | 9 | 2 | 1 | 9 |

**Address (number, street, room or suite no.)**

| 1 | 0 | 0 | | B | A | Y | E | R | | R | O | A | D | | | | | | | | |

**Social security number (SSN)**

| | | | | | | | | |

**City and state or province. If you have a foreign address, see page 2.**

| P | I | T | T | S | B | U | R | G | H | | P | A | | | | | | | | |

**ZIP code**

| 1 | 5 | 2 | 0 | 5 | 9 | 7 | 4 | 1 |

**Month claimant's income tax year ends**

| | |

**Foreign country, if applicable. Do not abbreviate.**

**Daytime telephone number (optional)**

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return On Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| **Schedule 1** | Nontaxable Use of Fuels . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
|---|---|---|
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene. . . . . . | ☐ |
| **Schedule 3** | Gasohol Blending . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 5** | Section 4081(e) Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 6** | Other Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☑ |

Under penalties of perjury, I declare (1) that I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

**Sign Here**

Signature and title (if applicable)        Date  6-14-04

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.        Cat. No. 20027J        Form **8849** (Rev. 1-2003)

| Schedule 6<br>(Form 8849)<br>(Rev. January 2003) | Department of the Treasury—Internal Revenue Service<br>**Other Claims**<br>▶ Attach to Form 8849. | | | OMB No. 1545-1420 | |
|---|---|---|---|---|---|
| Name as shown on Form 8849<br>**Bayer Corporation** | | EIN or SSN<br>25-1339219 | | Total refund (total of lines 1–5)<br>$    45,000.00 | |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ ___10/01/2003___    Latest date ▶ ___06/30/2004___

Claimant's registration number for Section 4091(d) claims. ▶ _____

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1  October 1, 2003 through December 31, 2003 | $          15,000 | 00 | |
| 2  January 1, 2004 through March 31, 2004 | 15,000 | 00 | |
| 3  April 1, 2004 through June 30, 2004 | 15,000 | 00 | |
| 4 | | | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**SEE ATTACHED**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:

● **Form 720,** Quarterly Federal Excise Tax Return, including section 4091(d) claims;

● **Form 2290,** Heavy Highway Vehicle Use Tax Return;

● **Form 730,** Monthly Tax Return for Wagers; and

● **Form 11-C,** Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under **Where To File** in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 1-2003)

# Form 8849 Attachment

Name of Claimant:  Bayer Corporation
Employer Identification Number:  25-1339219
Type of Return Filed:    720 (No. 22)
Excise Tax:    Communications Excise Tax
Period of Claim:    October 1, 2003 through June 30, 2004
Amount to be Refunded:  $ 45,000.00   plus interest (See last paragraph of this Attachment.)

This claim is for taxes collected from Claimant, whether directly or through its long distance provider, in connection with excise taxes on communications services (the "Communications Services Excise Tax") pursuant to Section 4251 of the Internal Revenue Code of 1986, as amended (the "Code"). Claim is also made for interest on the overpaid taxes.

Claimant's long distance provider has collected such taxes from Claimant on its virtual private network ("VPN") services. Code Section 4251 does not impose the Communications Services Excise Tax with respect to "private communication services", within the meaning of Code Section 4252(d). VPN services qualify as "private communication services", and, as a result, these are exempt from the Communications Services Excise Tax.

Assuming arguendo that the VPN services do not qualify in their entirety as tax exempt "private communication services", then, (1) to the extent the VPN services are attributable to intra-corporate communication services (i.e., calls between offices of Claimant's affiliated group), such services qualify as "private communication services" and are thus exempt from the Communications Services Excise Tax; and (2) charges for facsimile transmission service are not subject to the Communications Service Excise Tax because this is not a "local telephone service", a toll telephone service" (in as much as it does not provide a telephonic quality communication) or a "teletypewriter exchange service".

In any event, long distance telephone service provided to Claimant does not constitute "toll telephone service", within the meaning of Code Section 4252(b), and is therefore exempt from the communications excise tax, to the extent (1) the charge does not vary in amount with the distance of each individual communication and (2) the service does not entitle Claimant, upon payment of a periodic charge (determined as a flat amount on the basis of toll elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all persons in a specified area.

This claim for refund is inconsistent with Technical Advice Memoranda 9543002 (October 27, 1995) and 9524004 (March 9, 1995), but Claimant believes that the IRS's position in these Technical Advice Memoranda is incorrect.

The Communication Service Excise Tax is a collected tax. This claim is filed pursuant to Rev. Rul. 60-58, 1960-1 CB 638.

Due to the volume and nature of this claim, the relevant invoices and back-up documentation have not been included with the claim. They are available for review through Claimant's long distance provider, however, upon request. Please note that the exact amount of the taxes has not yet been determined. Therefore, the amount of the claim is only an approximation. Claimant reserves the right to amend the amount of the claim.

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Internal Revenue Service Center**
**Cincinnati, OH 45999-0002**

*COMPLETE THIS SECTION ON DELIVERY*

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X   ☐ Agent   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

INTERNAL REVENUE SERVICE
RECEIVED
**JUN 2 4 2004**
SERVICE CENTER DIRECTOR
COVINGTON, KY

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
**7000 0600 0026 9030 7103**

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0026 9030 7103

| | | |
|---|---|---|
| Postage | $ | 83 |
| Certified Fee | | 230 |
| Return Receipt Fee (Endorsement Required) | | 173 |
| Restricted Delivery Fee (Endorsement Required) | | 4.38 |
| Total P... | | |

Postmark 2004 J. MILES BAYER

Recipient
Street, A   **Internal Revenue Service Center**
City, Stat   **Cincinnati, OH 45999-0002**

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

TELEPHONE (212) 808-7800
FAX (212) 808-7897

1200 19TH STREET, N.W.
SUITE 500
WASHINGTON, DC 20036
(202) 955-9600
FAX (202) 955-9792

200 KIMBALL DRIVE
PARSIPPANY, NJ 07054
(973) 503-5900
FAX (973) 503-5950

TYSONS CORNER
8000 TOWERS CRESCENT DRIVE
SUITE 1200
VIENNA, VA 22182
(703) 918-2300
FAX (703) 918-2450

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606
(312) 857-7070
FAX (312) 857-7095

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CT 06901
(203) 324-1400
FAX (203) 327-2669

106 AVENUE LOUISE
1050 BRUSSELS, BELGIUM
(32)(2) 646-1110
FAX (32)(2) 640-2389

AFFILIATE OFFICES

SOEBAGJO, JATIM & DJAROT
PLAZA MASHILL, 17TH FLOOR
JALAN JEND, SUDIRMAN KAV. 25
JAKARTA 12930 INDONESIA
(62)(21) 522-9765
FAX (62)(21) 522-9752

WAKHARIYA & WAKHARIYA
41 BAJAJ BHAWAN
226 NARIMAN POINT
MUMBAI 400 021 INDIA
(91)(22) 22810334
FAX (91)(22) 22810357

July 18, 2005

INTERNAL REVENUE SERVICE
RECEIVED

JUL 2 5 2005

SERVICE CENTER DIRECTOR
COVINGTON, KY
MAIL UNIT # 67

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Cincinnati, OH 45999-0002

Re:     Bayer Corporation & Subsidiaries (EIN: 25-1339219)

Dear Sir or Madam:

Enclosed please find refund claims with respect to the federal communications excise tax for the periods July 1, 2004 through March 31, 2005. Also enclosed is a power of attorney.

Please acknowledge receipt of the enclosed by signing and dating the extra copy of this letter and returning it to me in the postage-paid envelope provided for this purpose.

Very truly yours,

Jacob J. Miles

Enclosures

NY01/TORMC/1033921.1

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

TELEPHONE (212) 808-7800
FAX (212) 808-7897

1200 19TH STREET, N.W.
SUITE 500
WASHINGTON, DC 20036
(202) 955-9600
FAX (202) 955-9792

200 KIMBALL DRIVE
PARSIPPANY, NJ 07054
(973) 503-5900
FAX (973) 503-5950

TYSONS CORNER
8000 TOWERS CRESCENT DRIVE
SUITE 1200
VIENNA, VA 22182
(703) 918-2300
FAX (703) 918-2450

333 WEST WACKER DRIVE
SUITE 2600
CHICAGO, IL 60606
(312) 857-7070
FAX (312) 857-7095

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CT 06901
(203) 324-1400
FAX (203) 327-2669

106 AVENUE LOUISE
1050 BRUSSELS, BELGIUM
(32)(2) 646-1110
FAX (32)(2) 640-6799

**AFFILIATE OFFICES**

SOEMADIPRADJA & TAHER
WAKHARIYA & WAKHARIYA

July 18, 2005

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Internal Revenue Service Center
Cincinnati, OH  45999-0002

    Re:      **Bayer Corporation & Subsidiaries (EIN: 25-1339219)**

Dear Sir or Madam:

        Enclosed please find refund claims with respect to the federal communications excise tax for the periods July 1, 2004 through March 31, 2005.  Also enclosed is a power of attorney.

        Please acknowledge receipt of the enclosed by signing and dating the extra copy of this letter and returning it to me in the postage-paid envelope provided for this purpose.

        Very truly yours,

        Jacob J. Miles

Enclosures

NY01/TORMC/1033921.1

Form **8849**
(Rev. January 2003)

Department of the Treasury—Internal Revenue Service

## Claim for Refund of Excise Taxes

OMB No. 1545-1420

Print clearly. Leave a blank box between words.

Name of claimant

| B | A | Y | E | R | | C | O | R | P | O | R | A | T | I | O | N | | | | | | | | |

Employer identification number (EIN)

| 2 | 5 | 1 | 3 | 3 | 9 | 2 | 1 | 9 |

Address (number, street, room or suite no.)

| 1 | 0 | 0 | | B | A | Y | E | R | | R | O | A | D | | | | | | | | | | | |

Social security number (SSN)

| | | | | | | | | |

City and state or province. If you have a foreign address, see page 2.

| P | I | T | T | S | B | U | R | G | H | | P | A | | | | | | | | | | | | |

ZIP code

| 1 | 5 | 2 | 0 | 5 | 9 | 7 | 4 | 1 |

Month claimant's income tax year ends

| | | | |

Foreign country, if applicable. Do not abbreviate.

Daytime telephone number (optional)

**Caution:** *Do not use Form 8849 to make adjustments to liability reported on Forms 720 for prior quarters or to claim any amounts that were or will be claimed on Schedule C (Form 720), Claims, Form 4136, Credit for Federal Tax Paid on Fuels, Form 2290, Heavy Highway Vehicle Use Tax Return, or Form 730, Monthly Tax Return On Wagers.*

### Schedules Attached

Check (✓) the appropriate box(es) for the schedule(s) you attach to Form 8849. Only attach the schedules on which you are claiming a refund. Schedules 2, 3, 5, and section 4091(d) claims on Schedule 6 cannot be filed with any other schedules on Form 8849. File each of these schedules with a separate Form 8849.

| | | |
|---|---|---|
| **Schedule 1** | Nontaxable Use of Fuels. . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 2** | Sales by Registered Ultimate Vendors of Undyed Diesel Fuel and Undyed Kerosene. . . . . . . | ☐ |
| **Schedule 3** | Gasohol Blending . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 4** | Sales by Gasoline Wholesale Distributors . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 5** | Section 4081(e) Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ |
| **Schedule 6** | Other Claims . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☑ |

Under penalties of perjury, I declare that (1) I have examined this claim, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and (2) that amounts claimed on this form have not been, and will not be, claimed on any other form.

**Sign Here**

*AFWagt*   VP TAX   7-8-05

Signature and title (if applicable)   Date

Type or print your name below signature.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.   Cat. No. 20027J   Form **8849** (Rev. 1-2003)

| Schedule 6 (Form 8849)<br>(Rev. January 2003) | Department of the Treasury—Internal Revenue Service<br>**Other Claims**<br>▶ Attach to Form 8849. | | OMB No. 1545-1420 |
|---|---|---|---|
| Name as shown on Form 8849<br>**Bayer Corporation** | | EIN or SSN<br>25-1339219 | Total refund (total of lines 1–5)<br>$    42,000.00 |

Enter the earliest and latest dates of the events included in this claim. Enter in MMDDYYYY format.

Earliest date ▶ _____07012004_____    Latest date ▶ _____03312005_____

Claimant's registration number for Section 4091(d) claims. ▶ _____

| Tax | Amount of refund | | CRN |
|---|---|---|---|
| 1   July 1, 2004 through September 30, 2004 | $          14,000 | 00 | |
| 2   October 1, 2004 through December 31, 2004 | 14,000 | 00 | |
| 3   January 1, 2005 through March 31, 2005 | 14,000 | 00 | |
| 4 | | | |
| 5 | | | |

Use the space below for an explanation of each tax claimed.

For claims under section 6416(b)(2) relating to certain uses and resales of certain articles subject to manufacturers or retailers taxes, claimant certifies that it sold the article at a tax-excluded price, repaid the amount of tax to the ultimate vendor, or has obtained the written consent of the ultimate vendor to make the claim; and has the required supporting evidence.

**SEE ATTACHED**

## Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of schedule.** Use Schedule 6 for claims not reportable on Schedules 1–5, including refunds of excise taxes reported on:
- Form 720, Quarterly Federal Excise Tax Return, including section 4091(d) claims;
- Form 2290, Heavy Highway Vehicle Use Tax Return;
- Form 730, Monthly Tax Return for Wagers; and
- Form 11-C, Occupational Tax and Registration Return for Wagering.

**Caution:** *Do not use Schedule 6 to make adjustments to liability reported on Forms 720 filed for prior quarters. Use Form 720X, Amended Quarterly Federal Excise Tax Return. Also, do not use Schedule 6 to claim amounts that were taken or will be taken as a credit on Form 2290 or Form 730.*

**Claim requirements.** Generally, a claim must be filed within 3 years of the filing of the return to which the claim relates, or 2 years from when the tax reported on that return was paid, whichever is later.

**How to file.** Attach Schedule 6 to Form 8849. Mail it to the IRS at the address under Where To File in the Form 8849 instructions. If you are filing a Section 4091(d) claim, write "Section 4091(d)" at the top of Form 8849 and on the envelope. If you attach additional sheets, write your name and taxpayer identification number on each sheet.

For Privacy Act and Paperwork Reduction Act Notice, see Form 8849 instructions.    Cat. No. 27454M    Schedule 6 (Form 8849) (Rev. 1-2003)

# Form 8849 Attachment

Name of Claimant: Bayer Corporation
Employer Identification Number: 25-1339219
Type of Return Filed:      720 (No. 22)
Excise Tax:      Communications Excise Tax
Period of Claim:  July 1, 2004 through March 31, 2005
Amount to be Refunded:  $ 42,000.00 *plus interest* (See last paragraph of this Attachment.)

This claim is for taxes collected from Claimant, whether directly or through its long distance provider, in connection with excise taxes on communications services (the "Communications Services Excise Tax") pursuant to Section 4251 of the Internal Revenue Code of 1986, as amended (the "Code"). Claim is also made for interest on the overpaid taxes.

Claimant's long distance provider has collected such taxes from Claimant on its virtual private network ("VPN") services. Code Section 4251 does not impose the Communications Services Excise Tax with respect to "private communication services", within the meaning of Code Section 4252(d). VPN services qualify as "private communication services", and, as a result, these are exempt from the Communications Services Excise Tax.

Assuming arguendo that the VPN services do not qualify in their entirety as tax exempt "private communication services", then, (1) to the extent the VPN services are attributable to intra-corporate communication services (i.e., calls between offices of Claimant's affiliated group), such services qualify as "private communication services" and are thus exempt from the Communications Services Excise Tax; and (2) charges for facsimile transmission service are not subject to the Communications Service Excise Tax because this is not a "local telephone service", a toll telephone service" (in as much as it does not provide a telephonic quality communication) or a "teletypewriter exchange service".

In any event, long distance telephone service provided to Claimant does not constitute "toll telephone service", within the meaning of Code Section 4252(b), and is therefore exempt from the communications excise tax, to the extent (1) the charge does not vary in amount with the distance of each individual communication and (2) the service does not entitle Claimant, upon payment of a periodic charge (determined as a flat amount on the basis of toll elapsed transmission time), to the privilege of an unlimited number of telephonic communications to or from all persons in a specified area.

This claim for refund is inconsistent with Technical Advice Memoranda 9543002 (October 27, 1995) and 9524004 (March 9, 1995), but Claimant believes that the IRS's position in these Technical Advice Memoranda is incorrect.

The Communication Service Excise Tax is a collected tax. This claim is filed pursuant to Rev. Rul. 60-58, 1960-1 CB 638.

Due to the volume and nature of this claim, the relevant invoices and back-up documentation have not been included with the claim. They are available for review through Claimant's long distance provider, however, upon request. Please note that the exact amount of the taxes has not yet been determined. Therefore, the amount of the claim is only an approximation. Claimant reserves the right to amend the amount of the claim.

| Form **2848** | **Power of Attorney** | OMB No. 1545-0150 |
|---|---|---|
| (Rev. March 2004) | **and Declaration of Representative** | For IRS Use Only |
| Department of the Treasury Internal Revenue Service | ▶ Type or print. ▶ See the separate instructions. | Received by: |

**Part I** **Power of Attorney**
Caution: *Form 2848 will not be honored for any purpose other than representation before the IRS.*

| Name |
|---|
| Telephone |
| Function |
| Date / / |

**1** **Taxpayer information.** Taxpayer(s) must sign and date this form on page 2, line 9.

| Taxpayer name(s) and address | Social security number(s) | Employer identification number |
|---|---|---|
| **Bayer Corporation** **100 Bayer Road** **Pittsburgh, PA 15205-9741** | | 25 1339219 |
| | Daytime telephone number | Plan number (if applicable) |

hereby appoint(s) the following representative(s) as attorney(s)-in-fact:

**2** **Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| **Mr. Jacob J. Miles**    **Kelley Drye & Warren** **101 Park Avenue** **New York, NY 10178-0002** | CAF No. .............. 2005-78683R ............... Telephone No. ......... (212) 808-7574 ......... Fax No. ........... (212) 808-7897 ........... Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| **Christine Tormey**    **Kelley Drye & Warren** **101 Park Avenue** **New York, NY 10178-0002** | CAF No. .............. 0100-09978R ............... Telephone No. ......... (212) 808-7930 ......... Fax No. ........... (212) 8087897 ........... Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| | CAF No. .................................... Telephone No. ............................... Fax No. ...................................... Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer(s) before the Internal Revenue Service for the following tax matters:

**3** **Tax matters**

| Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty (see the instructions for line 3) | Tax Form Number (1040, 941, 720, etc.) | Year(s) or Period(s) (see the instructions for line 3) |
|---|---|---|
| **Excise Tax** | **Form 720 and Form 8849** | **07/01/04 - 03/31/05** |
| | | |
| | | |

**4** Specific use not recorded on Centralized Authorization File (CAF). If the power of attorney is for a specific use not recorded on CAF, check this box. See the Instructions for Line 4. Specific uses not recorded on CAF  . . . . . . . . . . ▶ ☐

**5** **Acts authorized.** The representatives are authorized to receive and inspect confidential tax information and to perform any and all acts that I (we) can perform with respect to the tax matters described on line 3, for example, the authority to sign any agreements, consents, or other documents. The authority does not include the power to receive refund checks (see line 6 below), the power to substitute another representative, the power to sign certain returns, or the power to execute a request for disclosure of tax returns or return information to a third party. See the line 5 instructions for more information.

Exceptions. An unenrolled return preparer cannot sign any document for a taxpayer and may only represent taxpayers in limited situations. See Unenrolled Return Preparer on page 2 of the instructions. An enrolled actuary may only represent taxpayers to the extent provided in section 10.3(d) of Circular 230. See the line 5 instructions for restrictions on tax matters partners.

List any specific additions or deletions to the acts otherwise authorized in this power of attorney: Pertaining to Excise Taxes collected on taxpayer's telecommunications services.

**6** Receipt of refund checks. If you want to authorize a representative named on line 2 to receive, BUT NOT TO ENDORSE OR CASH, refund checks, initial here _____ and list the name of that representative below.

Name of representative to receive refund check(s) ▶

For Privacy Act and Paperwork Reduction Notice, see page 4 of the Instructions.   Cat. No. 11980J   Form **2848** (Rev. 3-2004)

Form 2848 (Rev. 3-2004)                                                                                                    **Page 2**

**7** Notices and communications. Original notices and other written communications will be sent to you and a copy to the
first representative listed on line 2.

**a** If you also want the second representative listed to receive a copy of notices and communications, check this box   . ▶ ☐
**b** If you do not want any notices or communications sent to your representative(s), check this box   . . . . . . . . . ▶ ☐

**8** Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier
power(s) of attorney on file with the Internal Revenue Service for the same tax matters and years or periods covered by
this document. If you do not want to revoke a prior power of attorney, check here. . . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**9** Signature of taxpayer(s). If a tax matter concerns a joint return, both husband and wife must sign if joint representation is
requested, otherwise, see the instructions. If signed by a corporate officer, partner, guardian, tax matters partner, executor,
receiver, administrator, or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf
of the taxpayer.

   ▶ **IF NOT SIGNED AND DATED, THIS POWER OF ATTORNEY WILL BE RETURNED.**

| | | |
|---|---|---|
| _____ Signature | 7-8-05 Date | UP TAX Title (if applicable) |
| _____ Print Name | ☐☐☐☐☐ PIN Number | _____ Print name of taxpayer from line 1 if other than individual |
| _____ Signature | _____ Date | _____ Title (if applicable) |
| _____ Print Name | ☐☐☐☐☐ PIN Number | |

**Part II   Declaration of Representative**

*Caution: Students with a special order to represent taxpayers in Qualified Low Income Taxpayer Clinics or the Student Tax Clinic
Program, see the instructions for Part II.*

Under penalties of perjury, I declare that:

* I am not currently under suspension or disbarment from practice before the Internal Revenue Service;
* I am aware of regulations contained in Treasury Department Circular No. 230 (31 CFR, Part 10), as amended, concerning
  the practice of attorneys, certified public accountants, enrolled agents, enrolled actuaries, and others;
* I am authorized to represent the taxpayer(s) identified in Part I for the tax matter(s) specified there; and
* I am one of the following:
  **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
  **b** Certified Public Accountant—duly qualified to practice as a certified public accountant in the jurisdiction shown below.
  **c** Enrolled Agent—enrolled as an agent under the requirements of Treasury Department Circular No. 230.
  **d** Officer—a bona fide officer of the taxpayer's organization.
  **e** Full-Time Employee—a full-time employee of the taxpayer.
  **f** Family Member—a member of the taxpayer's immediate family (i.e., spouse, parent, child, brother, or sister).
  **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the
  authority to practice before the Service is limited by section 10.3(d) of Treasury Department Circular No. 230).
  **h** Unenrolled Return Preparer—the authority to practice before the Internal Revenue Service is limited by Treasury Department
  Circular No. 230, section 10.7(c)(1)(viii). You must have prepared the return in question and the return must be under
  examination by the IRS. See Unenrolled Return Preparer on page 2 of the instructions.

   ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT SIGNED AND DATED, THE POWER OF ATTORNEY WILL
   BE RETURNED. See the Part II instructions.**

| Designation—Insert above letter (a–h) | Jurisdiction (state) or identification | Signature | Date |
|---|---|---|---|
| a | NY | | 7/18/05 |
| a | NY | | 7/18/05 |
| | | | |

Form **2848** (Rev. 3-2004)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Center
Cincinnati, OH 45999-0002

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED BY CAMPUS

JUL 2 5 2005

COVINGTON KY

MAIL UNIT # 37

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

---

Form **8821**
(Rev. April 2004)
Department of the Treasury
Internal Revenue Service

## Tax Information Authorization

▶ Do not use this form to request a copy or transcript of your tax return.
Instead, use Form 4506 or Form 4506-T.

OMB No. 1545-1165
For IRS Use Only
Received by:
Name
Telephone ( )
Function
Date / /

**1 Taxpayer information.** Taxpayer(s) must sign and date this form on line 7.

| Taxpayer name(s) and address (type or print) | Social security number(s) | Employer identification number |
|---|---|---|
| Bayer Corporation 100 Bayer Road Pittsburgh, PA 15205-9741 | | 25 : 1339219 |
| | Daytime telephone number ( ) | Plan number (if applicable) |

**2 Appointee.** If you wish to name more than one appointee, attach a list to this form.

| Name and address | |
|---|---|
| Ginnie Mauro 12 Perimeter Center East Suite 1210 Atlanta, GA 30346 | CAF No. 0100-61933R Telephone No. (770) 512-8290 Fax No. (770) 512-6100 Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

**3 Tax matters.** The appointee is authorized to inspect and/or receive confidential tax information in any office of the IRS for the tax matters listed on this line. Do not use Form 8821 to request copies of tax returns.

| (a) Type of Tax (Income, Employment, Excise, etc.) or Civil Penalty | (b) Tax Form Number (1040, 941, 720, etc.) | (c) Year(s) or Period(s) (see the instructions for line 3) | (d) Specific Tax Matters (see instr.) |
|---|---|---|---|
| Excise Tax | 720 & 8849 | 07/01/04 - 03/31/05 | Excise Taxes on Telecommunications Services |
| | | | |
| | | | |
| | | | |

**4** Specific use not recorded on Centralized Authorization File (CAF). If the tax information authorization is for a specific use not recorded on CAF, check this box. See the instructions on page 3. If you check this box, skip lines 5 and 6 . ▶ ☐

**5** Disclosure of tax information (you must check a box on line 5a or 5b unless the box on line 4 is checked):

a If you want copies of tax information, notices, and other written communications sent to the appointee on an ongoing basis, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

b If you do not want any copies of notices or communications sent to your appointee, check this box . . . . . ▶ ☐

**6** Retention/revocation of tax information authorizations. This tax information authorization automatically revokes all prior authorizations for the same tax matters you listed on line 3 above unless you checked the box on line 4. If you do not want to revoke a prior tax information authorization, you must attach a copy of any authorizations you want to remain in effect and check this box . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
To revoke this tax information authorization, see the instructions on page 3.

**7** Signature of taxpayer(s). If a tax matter applies to a joint return, either husband or wife must sign. If signed by a corporate officer, partner, guardian, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute this form with respect to the tax matters/periods on line 3 above.

▶ **IF NOT SIGNED AND DATED, THIS TAX INFORMATION AUTHORIZATION WILL BE RETURNED.**

| *PF Wright* | 17-8-05 | | |
|---|---|---|---|
| Signature | Date | Signature | Date |
| P F WRIGHT | VP TAX | | |
| Print Name | Title (if applicable) | Print Name | Title (if applicable) |
| ☐☐☐☐☐ PIN number for electronic signature | | ☐☐☐☐☐ PIN number for electronic signature | |

For Privacy Act and Paperwork Reduction Act Notice, see page 4. | Cat. No. 11596P | Form **8821** (Rev. 4-2004)