IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAYER CORPORATION, | Civil Action No. 2:06-cv-507 |
| Plaintiff | District Judge Arthur J. Schwab |
| vs. | or |
| UNITED STATES OF AMERICA, | Criminal |
| Defendant | Action No. |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

Bayer Corporation

, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

Bayer AG is the parent company of Bayer Corporation

or

Pursuant to Local Rule 3.2 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

April 18, 2006
Date

/s/ John H. Riordan, Jr.
Signature of Attorney or Litigant