IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAYER CORPORATION, ) | |
| ) | Civil Action No. 06 - 507 |
| Plaintiff, ) | |
| ) | Judge David S. Cercone / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant . ) | |
| ) | |

## ORDER

**IT IS ORDERED** this 11th day of October, 2006, that a Status Conference is set before the undersigned on **October 19, 2006, at 2:30 PM** in Courtroom 7B of the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.  Counsel may participate telephonically, but must notify the Court no later than October 18, 2006 if they intend to do so.

BY THE COURT:

s/ Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

cc:   All counsel of record.